| | | |
|---|---|---|
| 1 | Barry Hartstein, *admitted pro hac vice*<br>bhartstein@littler.com | The Honorable Thomas O. Rice |
| 2 | LITTLER MENDELSON, P.C.<br>321 N Clark St, Suite 1100 | |
| 3 | Chicago, IL 60654<br>Telephone: 312.795.3260 | |
| 4 | Facsimile: 312.372.7880 | |
| 5 | Megan J. Crowhurst, Bar No. 50795<br>mcrowhurst@littler.com | |
| 6 | Anne E. Reuben, Bar No. 53299<br>areuben@littler.com | |
| 7 | Christine E. Sargent, Bar No. 61088<br>csargent@littler.com | |
| 8 | LITTLER MENDELSON, P.C.<br>600 University Street | |
| 9 | One Union Square – Suite 3200<br>Seattle, WA 98101 | |
| 10 | Telephone:  503.221.0309<br>Facsimile:   503.242.2457 | |
| 11 | | |
| 12 | Attorneys for Defendant<br>Fred Meyer Stores, Inc. | |

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | | Case No. 4:24-cv-5085-TOR |
| Plaintiff, | | **NOTICE OF APPEARANCE** |
| v. | | *(Clerk's Action Required)* |
| FRED MEYER STORES, INC., | | |
| Defendant. | | |

TO: Clerk of the Court;

AND TO: EQUAL EMPLOYMENT OPPORTUNITY COMMISSION;

AND TO: Roberta L. Steele, Damien A. Lee, Brian Hong, and Clive Pontusson, Plaintiff's Attorneys of Record:

PLEASE TAKE NOTICE Megan Crowhurst, of Littler Mendelson, P.C., join

NOTICE OF APPEARANCE - 1

Barry Hartstein, Anne E. Reuben and Christine Sargent, of Littler Mendelson, P.C., as counsel of record for Defendant, Fred Meyer Stores, Inc. All future pleadings and correspondence related to the above case, except process, should continue to be served upon counsel at the address indicated below:

Barry Hartstein, *pro hac vice*
bhartstein@littler.com

Littler Mendelson, P.C.
321 N Clark St, Suite 1100
Chicago IL 60654
Phone: 312.795.3260
Fax: 312.372.7880

Megan J. Crowhurst, WSBA #50795
mcrowhurst@littler.com
Anne E. Reuben, WSBA #53299
areuben@littler.com
Christine E. Sargent, WSBA #61088
csargent@littler.com

Littler Mendelson, P.C.
600 University Street, Suite 3200
Seattle, WA 98101.3122
Phone: 206.623.3300
Fax: 206.447.6965

Dated:     November 13, 2024

*/s/ Megan J. Crowhurst*
Megan J. Crowhurst, Bar No. 50795
mcrowhurst@littler.com
LITTLER MENDELSON, P.C.
600 University Street
One Union Square - Ste 3200
Seattle, WA 98101
Telephone:  503.221.0309
Facsimile:   503.242.2457

Attorneys for Defendant
*Fred Meyer Stores, Inc.*

NOTICE OF APPEARANCE - 2

# CERTIFICATE OF SERVICE

I am a resident of the State of Oregon, over the age of eighteen years, and not a party to the within action. My business address is Wells Fargo Tower, 1300 SW 5th Ave, Suite 2050 Portland, OR 97201. I hereby certify that on November 13, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and sent the foregoing document **via email and U.S. mail** to the following:

**Attorneys for Plaintiff**

Roberta L. Steele, Regional Attorney
U.S. Equal Employment Opportunity Commission
San Francisco District Office
450 Golden Gate Ave, 5th Floor West
San Francisco, CA 94102

Damien A. Lee, Assistant Regional Attorney
Brian Hong, Senior Trial Attorney
Clive Pontusson, Trial Attorney
U.S. Equal Employment Opportunity Commission
Seattle Field Office
909 First Avenue, Suite 400
Seattle, WA 98104
brian.hong@eeoc.gov
clive.pontusson@eeoc.

I declare under the penalty of perjury under the laws of the State of Oregon and the United States that the above is true and correct.

Executed on November 13, 2024, at Portland, Oregon.

*/s/ Tanya Zharyuk*
Tanya Zharyuk
tzharyuk@littler.com
**LITTLER MENDELSON, P.C.**

NOTICE OF APPEARANCE - 3

LITTLER MENDELSON, P.C.
600 University Street
One Union Square – Ste 3200
Seattle, WA 98101
503.221.0309