FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Aug 21, 2026
SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,
Plaintiff,
v.
FRED MEYER STORES, INC.,
Defendant.

No. 4:24-CV-05085-SAB

**ORDER DENYING DEFENDANT'S MOTION FOR PROTECTIVE ORDER**

Before the Court is Defendant's Motion for Protective Order, ECF No. 57. The motion was heard without oral argument. Plaintiff is represented by Arthur D. Welton, Brian Hong, and Damien Lee. Defendant is represented by Barry Hartstein, Christine Sargent, Megan Crowhurst, and Rachael Curtis.

Defendant seeks a protective order regarding Topic Nos. 20-25. In its response, Plaintiff states Defendant's Motion is moot because the EEOC already completed a Rule 30(b)(6) deposition concerning topics 20-24 and part of 25, consistent with Defendant's stated objections and canceled the 30(b)(6) deposition for the rest of topic 25. Based on Plaintiff's response, the Court will deny Defendant's motion as moot.

//

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motion for Protective Order, ECF No. 57, is **DENIED, as moot**.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order and forward copies to counsel.

**DATED** this 21st day of August 2026.

Stan Bastian
Chief United States District Judge